UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| STEPHEN MOYER and KEVIN MOYER,<br><br>Plaintiffs,<br><br>-against-<br><br>SUMMIT RECEIVABLES, a Nevada corporation, and ANTHONY GUADAGNA, individually,<br><br>Defendants. |

Case No. 7:17-cv-06911-NSR

## [PROPOSED] ORDER GRANTING DEFAULT JUDGMENT AGAINST DEFENDANTS SUMMIT RECEIVABLES AND ANTHONY GUADAGNA

Before the Court is Plaintiffs', Stephen Moyer and Kevin Moyer, Request for the Entry of Default Judgment against Defendants, Summit Receivables and Anthony Guadagna. Defendants have failed to appear or otherwise respond to Plaintiff's Complaint, have been defaulted by the Clerk of this Court, have failed to respond to this Court's April 13, 2018 Order to Show Cause, and have failed to appear at this Court's Order to Show Cause Hearing that was held on May 23, 2018.

Upon consideration, and after due deliberation and sufficient cause appearing therefore, Plaintiffs' Request is **GRANTED** and Default Judgment is hereby entered against Defendants, Summit Receivables and Anthony Guadagna, in the amount of **$6,361.50**, comprised of:

1. Actual damages in the amount of $250.00 pursuant to 15 U.S.C. § 1692k(1);
2. Statutory damages in the amount of $2,000.00 pursuant to 15 U.S.C. § 1692k(2)(A); and

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 5/24/2018

1

3. Attorneys' fees in the amount of $3,223.50 and costs in the amount of $888.00 pursuant to 15 U.S.C. § 1692k(3).

**IT IS SO ORDERED.**

Dated: May 24, 2018

Honorable Nelson S. Román
United States District Judge