UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **STEPHEN MOYER AND KEVIN MOYER,**<br><br>Plaintiffs,<br><br>-against-<br><br>**SUMMIT RECEIVABLES, a Nevada corporation, and ANTHONY GUADAGNA, individually,**<br><br>Defendants. | **CASE NO.: 7:17-cv-06911-NSR** |

**JOINT NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE** that Plaintiffs STEPHEN MOYER and KEVIN MOYER ("Plaintiffs") and Defendants SUMMIT RECEIVABLES and ANTHONY GUADAGNA ("Defendants"), by and through their respective attorneys of record, respectfully inform this Honorable Court that the parties have reached a settlement in this case. The Plaintiffs anticipate dismissing their case with prejudice, within thirty (30) days.

**WHEREFORE**, the parties respectfully request that all pending dates and filing requirements be vacated and that this Honorable Court set a deadline within thirty (30) days from the present date for filing a Dismissal as to Plaintiffs, Stephen Moyer and Kevin Moyer.

Dated: October 25, 2018

Respectfully submitted,

*/s/ Cami M. Perkins*
Cami M. Perkins
Nevada Bar Number: 9149 (*Admitted Pro Hac Vice*)
HOLLEY DRIGGS WALICH FINE
WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    (702) 791-0308
Facsimile:    (702) 791-1912
E-mail: cperkins@nevadafirm.com
*Counsel for Defendants*

- 2 -

Dated: October 25, 2018　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Michael S. Agruss*
　　　　　　　　　　　　　　　　　　Michael S. Agruss (*Admitted Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　Illinois State Bar Number: 6281600
　　　　　　　　　　　　　　　　　　AGRUSS LAW FIRM, LLC
　　　　　　　　　　　　　　　　　　4809 N Ravenswood Ave, Suite 419
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60640
　　　　　　　　　　　　　　　　　　Telephone:　(312) 224-4695
　　　　　　　　　　　　　　　　　　Facsimile:　(312) 253-4451
　　　　　　　　　　　　　　　　　　E-Mail: michael@agrusslawfirm.com
　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

　　　　　　　　　　　　　　　　　　IT IS SO ORDERED


　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　THE HONORABLE NELSON S. ROMÁN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

　　　　　　　　　　　　　　　　　　DATED: _____

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of October, 2018, I sent via electronic mail the foregoing **JOINT NOTICE OF SETTLEMENT** to the following:

Michael Agruss, Esq.
Agruss Law Firm, LLC
4611 N. Ravenswood Avenue, Suite 201
Chicago, Illinois 60640
Email: michael@agrusslawfirm.com

 

*/s/ Norma S. Moseley*
Employee of Holey Driggs Walch, et al.