**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHEN MOYER and KEVIN MOYER,<br><br>Plaintiffs,<br><br>-against-<br><br>SUMMIT RECEIVABLES, a Nevada corporation, and ANTHONY GUADAGNA, individually,<br><br>Defendants. | Case No. 7:17-cv-06911-NSR |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, STEVEN AND KEVIN MOYER, ("Plaintiffs"), through their attorney, Agruss Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, SUMMIT RECEIVABLES, and ANTHONY GUADAGNA, individually.

                                      Respectfully submitted,
                                      AGRUSS LAW FIRM, LLC

DATED:  December 17, 2018       By: /s/ Michael S. Agruss_____
                                                      Michael S. Agruss
                                                      Agruss Law Firm, LLC
                                                      4809 N. Ravenswood Ave, Suite 419
                                                      Chicago, IL 60640
                                                      Tel: 312-224-4695
                                                      E-mail: michael@agrusslawfirm.com
                                                      **Attorney for Plaintiffs**
                                                      *Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

    On December 17, 2018, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Cami Perkins, at

                By: /s/ Michael S. Agruss
                        Michael S. Agruss