UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN MOYER and KEVIN MOYER,<br><br>Plaintiffs,<br><br>-against-<br><br>SUMMIT RECEIVABLES, a Nevada corporation, and ANTHONY GUADAGNA, individually,<br><br>Defendants. | Case No. 7:17-cv-06911-NSR |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, STEVEN AND KEVIN MOYER, ("Plaintiffs"), through their attorney, Agruss Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, SUMMIT RECEIVABLES, and ANTHONY GUADAGNA, individually.

                                          Respectfully submitted,
                                          AGRUSS LAW FIRM, LLC

DATED: December 17, 2018      By: /s/ Michael S. Agruss
                                            Michael S. Agruss
                                            Agruss Law Firm, LLC
                                            4809 N. Ravenswood Ave, Suite 419
                                            Chicago, IL 60640
                                            Tel: 312-224-4695
                                            E-mail: michael@agrusslawfirm.com
                                            **Attorney for Plaintiffs**
                                            *Admitted Pro Hac Vice*

SO ORDERED:

Dated: Dec. 19, 2018
White Plains, NY

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/2018

## CERTIFICATE OF SERVICE

On December 17, 2018, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Cami Perkins, at

By: /s/ Michael S. Agruss
Michael S. Agruss